3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAIRES MARTEZ FOSTER,<br><br>Defendant.<br>_____/ | Case:2:23-cr-20464<br>Judge: Borman, Paul D.<br>MJ: Patti, Anthony P.<br>Filed: 08-15-2023 At 04:10 PM<br>INDI USA V DEAIRES MARTEZ FOSTER (L G)<br><br><br>VIOLATION: 18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. § 922(g)(1) — *Felon in Possession of a Firearm*)

On or about July 29, 2023, in the Eastern District of Michigan, the defendant, DEAIRES MARTEZ FOSTER, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one (1) Sarsilmaz, model SAR9, 9mm handgun, in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATIONS

(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant DEAIRES MARTEZ FOSTER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to: one (1) Sarsilmaz, model SAR9, 9mm handgun.

                    **THIS IS A TRUE BILL.**

                    *s/ Grand Jury Foreperson*
                    Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Brandy McMillion*
BRANDY McMILLION
Chief, General Crimes Unit

*s/ Eaton P. Brown*
EATON P. BROWN
Assistant United States Attorney

Dated: August 15, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:23-cr-20464<br>Judge: Borman, Paul D.<br>MJ: Patti, Anthony P.<br>Filed: 08-15-2023 At 04:10 PM<br>INDI USA V DEAIRES MARTEZ FOSTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _EPB_ |

Case Title: USA v. Deaires Martez Foster

County where offense occurred: Wayne

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

```
____Indictment/____Information --- no prior complaint.
  ✓ Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30326    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 15, 2023
Date

_/s/ Eaton P. Brown_
Eaton P. Brown
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9184
Fax:
E-Mail address: eaton.brown@usdoj.gov
Attorney Bar #: P66003

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.